HAYS *v.* BOARD OF COMMISSIONERS OF OWEN COUNTY.

[No. 23,814. Filed June 27, 1922.]

CONSTITUTIONAL LAW. — *Highways.* — *Statute Relieving Contractors from Obligations Under Contracts.*—Acts 1919 p. 475, relieving highway contractors from their obligations under their contracts, is unconstitutional.

From Morgan Circuit Court; *Alfred M. Bain,* Judge.

Proceedings on the petition filed by Lloyd P. Hays with the board of commissioners of Owen county asking for the cancellation of a contract for the construction of a highway improvement. From a denial of the petition, the petitioner appeals. *Affirmed.*

*Joseph W. Williams, C. C. Hendren, Willis Hickam* and *Willis Hickam, Jr.,* for appellant.

*Homer Elliott,* for appellee.

EWBANK, J.—Appellant filed a petition with the board of commissioners of Owen county, asking that his contract for the construction of a highway improvement in that county be canceled, and that he and his bondsmen be released from liability thereon, under the provisions of Acts 1919 p. 475. His petition was denied by the board of commissioners, and he appealed to the circuit court, which rendered a judgment that he take nothing, from which he has appealed to this court.

This court has held that the statute on which he

sought to base his action is unconstitutional. That being true he was not entitled to recover. *Davis Construction Co.* v. *Board, etc.* (1921), *ante* 144, 132 N. E. 629; *Board, etc.* v. *Cave* (1921), *ante* 152, 132 N. E. 631.

The judgment is affirmed.